

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102

*cand.uscourts.gov*

October 16, 2019

Christopher Martin Keller
The Law Offices of Christopher M. Keller
119 Figueroa St., Suite 12
Ventura, CA 93001

Re: Hungerstation LLC v. Fast Choice LLC
Case Number: 19-cv-05861-JCS

Dear Counsel/Parties:

At filing, this matter was randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial. A hearing has been scheduled for DATE AND TIME Pursuant to 28 U.S.C. section 636, the magistrate judge cannot decide this motion unless all parties consent to proceed before Judge Joseph C. Spero.

A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case. All parties are requested to complete the attached form documenting either consent or request for reassignment and e-file it with the Court by **October 23, 2019.** Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. This form can be found on the Court's website at www.cand.uscourts.gov/civilforms.

Susan Y. Soong
Clerk, United States District Court

_____
Ada Means, Deputy Clerk to the
Honorable JOSEPH C. SPERO

*REV. 9-19*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNGERSTATION LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FAST CHOICE LLC, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-05861-JCS<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS**: Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( ) **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily consent to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

OR

( ) **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I decline to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:　　　　　　　　　　　　　　　NAME: _____

　　　　　　　　　　　　　　　　　　COUNSEL FOR (OR "PRO SE"):

　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Signature

*REV. 9-19*