KEVIN D. RISING (SBN 211663)
kevin.rising@btlaw.com
GARRETT LLEWELLYN (SBN 267427)
garrett.llewellyn@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:   (310) 284-3880
Facsimile:    (310) 284-3894

*Attorneys for Defendants*
Inspiring Trading Apps, LLC d/b/a Swyft

NEEL CHATTERJEE (SBN 173985)
nchatterjee@goodwinlaw.com
Luc Dahlin (SBN 305732)
ldahlin@goodwinlaw.com
Daniel Mello (SBN 325714)
dmello@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNGERSTATION, LLC<br><br>        Plaintiff,<br><br>v.<br><br>FAST CHOICE LLC d/b/a PACE and INSPIRING TRADING APPS LLC d/b/a SWYFT,<br><br>        Defendants. | Case No.  3:19-cv-5861-JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 30 DAYS (L.R. 6-1)** |

## STIPULATION

Pursuant to Northern District Local Rule 6-1(a), Plaintiff Hungerstation, LLC ("Hungerstation") and Defendant Inspiring Trading Apps, LLC d/b/a Swyft ("Swyft"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, the Parties have agreed to continue Swyft's deadline to answer or otherwise respond to Hungerstation's Complaint thirty days until November 20, 2019;

WHEREAS, this brief extension will not alter the date of any event or any deadline already fixed by Court order;

NOW THEREFORE, IT IS HEREBY STIPULATED THAT:

The deadline for Swyft to answer or otherwise respond to Hungerstation's Complaint is hereby extended thirty days to November 20, 2019.

Dated: October 17, 2019        **BARNES & THORNBURG LLP**

Dated: 10/22/19

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Joseph C. Spero]*

By: /s/ *Kevin D. Rising*
Kevin D. Rising
Garrett S. Llewellyn
Attorneys for Defendant
Inspiring Trading Apps, LLC d/b/a Swyft

Dated: October 17, 2019

**GOODWIN PROCTER LLP**

By: /s/ Luc Dahlin
Neel Chatterjee
Luc Dahlin
Daniel Mello
Attorneys for Plaintiff,
Hungerstation, LLC

Pursuant to Local Rule 5-1(i)(3), I, Kevin D. Rising, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Kevin D. Rising*