KEVIN D. RISING (SBN 211663)
kevin.rising@btlaw.com
GARRETT LLEWELLYN (SBN 267427)
garrett.llewellyn@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California  90067
Telephone:    (310) 284-3880
Facsimile:    (310) 284-3894

*Attorneys for Defendants*
Inspiring Trading Apps, LLC d/b/a
Swyft

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HUNGERSTATION, LLC<br><br>Plaintiff,<br><br>v.<br><br>FAST CHOICE LLC d/b/a PACE and INSPIRING TRADING APPS LLC d/b/a SWYFT,<br><br>Defendants. | Case No.  4:19-cv-5861-HSG<br><br>**ADMINISTRATIVE MOTION TO EXTEND TIME FOR DEFENDANT SWYFT TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Local Rules 6-1(b), 6-3, and 7-11, Defendant Inspiring Trading Apps, LLC d/b/a Swyft ("Swyft") respectfully requests that the Court modify the briefing schedule on Plaintiff's Motion for Preliminary Injunction ("PI Motion") (Dkt. No. 23), so that Swyft's response date is extended five days and Plaintiff's reply on the PI Motion is extended five days. Swyft does not seek a continuance of the hearing date on the PI Motion.  Specifically, Swyft's response is currently due on November 15, 2019 and Plaintiff's reply is due on November 22, 2019. (*Id.*) Swyft requests only that the Court extend Swyft's deadline to respond to November 20, 2019, the same date as Swyft's response to the Complaint is due, and to extend the time for

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION
Case No.  4:19-cv-5861-HSG

Plaintiff's reply on the PI Motion to November 27, 2019.  In support of its request, Defendant Swyft avers:

1. Swyft's current deadline to answer or otherwise respond to the Complaint is November 20, 2019, which date was set by stipulation between Plaintiff and Swyft. (Dkt. Nos. 14 & 16).

2. On November 1, 2019, after stipulating that Swyft had until November 20, 2019 to respond to the complaint, Plaintiff filed its PI Motion, setting Swyft's response date of November 15, 2019 – i.e., five days before the time it stipulated Swyft could respond to the Complaint.  Plaintiff also set a reply date of November 22, 2019 and asked for a hearing date. (Dkt. No. 23).

3. On November 4, 2019, this Court set the hearing on the PI Motion for December 11, 2019. (Dkt. No. 25).

4. Swyft' counsel attempted to negotiate with Plaintiff's counsel and has requested a stipulation for a brief, five-day extension to respond to the PI Motion, so that its response is due on the same day as its response to the Complaint.  Indeed, by seeking to extend its deadline to respond to the PI Motion to the same date as its deadline to respond to the Complaint, Swyft was merely trying to obtain a briefing schedule on the PI Motion that was consistent with the extension that Plaintiff already granted it to respond to the Complaint; specifically, Swyft was anticipating having until November 20, 2019 to evaluate Plaintiff's claims and form responsive positions.  By forcing a response to the PI Motion prior to the time afforded for a response to the Complaint, however, Swyft's extension to respond to the Complaint and consider its defenses and other positions has been diminished.  A five-day extension of time to respond to the PI Motion would restore to Swyft a reasonable opportunity to respond to Plaintiff's claims, including in the PI Motion, while also enabling an expedient resolution to the PI Motion.  Plaintiff has rejected this proposal.  Notably, Swyft has clarified its proposal would likewise allow Plaintiff to have a five-day extension for its reply, but as of the date of this filing, Plaintiff has not agreed to such a modification. *See* Declaration of Garrett S. Llewellyn ("Llewellyn Decl.") at ¶¶ 5-7, Exs. A & B.

5. As explained in the accompanying Declaration of Garrett Llewellyn, because of the number and complexity of the issues to be briefed in this case, the time lag in communications

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION
Case No.  4:19-cv-5861-HSG

between Saudi Arabia-based Swyft and its U.S. counsel due to significant time zone differences, and Swyft's concurrent preparation of its response to the Complaint, Swyft needs additional time to prepare its response to the PI Motion.  Indeed, the mere fifteen days Swyft has to respond to the PI Motion under the current schedule is insufficient to fully address the numerous issues raised in Plaintiff's dense, twenty-two-page motion, Plaintiff's forty-eight-paragraph declaration with various assertions, and nearly sixty pages of exhibits, including foreign-language material.  Thus, Swyft will face substantial harm or prejudice if the Court does not grant the requested extension of time.  *See* Llewellyn Decl. ¶ 8.

6. Moreover, the briefing schedule proposed by Swyft does not shorten the time Plaintiff has to reply, or seek to change the hearing date on the PI Motion.  Therefore, it will still enable the Court to resolve the motion in a speedy, if not identical, ultimate time frame.

7. The parties have previously stipulated to an extension of time for Swyft to respond to the Complaint. (Dkt. Nos. 14 & 16); Llewellyn Decl. at ¶ 10.

8. For all of these reasons, Swyft respectfully requests that the Court modify the briefing schedule for the PI Motion such that Swyft has until November 20, 2019 to respond to Plaintiff's PI Motion and Plaintiff has until November 27, 2019 to reply on the PI Motion.

For the foregoing reasons, Defendant Swyft respectfully requests that the Court grant this administrative motion

Dated: November 12, 2019            **BARNES & THORNBURG LLP**


By: /s/ *Garrett S. Llewellyn*
    Kevin D. Rising
    Garrett S. Llewellyn
    Attorneys for Defendant
    Inspiring Trading Apps, LLC d/b/a Swyft

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION
Case No.  4:19-cv-5861-HSG