AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Hungerstation, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:19-cv-5861-HSG |
| Fast Choice LLC d/b/a Pace et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Inspiring Trading Apps LLC d/b/a Swyft.

Date:   11/12/2019                                                                    /s/ Roya Rahmanpour
                                                                                       *Attorney's signature*

                                                                                       Roya Rahmanpour (SBN 285076)
                                                                                       *Printed name and bar number*

                                                                                       Barnes & Thornburg LLP
                                                                                       2029 Century Park East, Suite 300
                                                                                       Los Angeles, CA 90067
                                                                                       *Address*

                                                                                       roya.rahmanpour@btlaw.com
                                                                                       *E-mail address*

                                                                                       (310) 284-3892
                                                                                       *Telephone number*

                                                                                       (310) 284-3894
                                                                                       *FAX number*