# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| HUNGERSTATION LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FAST CHOICE LLC d/b/a PACE and INSPIRING TRADING APPS LLC d/b/a SWYFT,<br><br>　　　　Defendants. | Case No. 4:19-CV-5861-HSG<br><br>**ORDER GRANTING LEAVE TO FILE OMNIBUS REPLY**<br><br>Date:　　　December 11, 2019<br>Time:　　　2:00 p.m.<br>Floor:　　　4<br>Courtroom　2<br>Judge:　　　Hon. Haywood S. Gilliam, Jr.<br>　　　　　　Oakland Courthouse<br>　　　　　　1301 Clay Street<br>　　　　　　Oakland, CA 94612<br><br>Complaint Filed:　　Sept. 19, 2019 |

Having considered HungerStation LLC's Administrative Motion For Leave To File Omnibus Reply Brief Pursuant To L.R. 7-11 ("Motion") and any response thereto,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Plaintiff is granted leave to file a single 25-page reply brief in support of its Motion for Preliminary Injunction. The foregoing brief shall be filed by Wednesday, November 27, 2019.

**IT IS SO ORDERED**.

Dated: 11/26/2019

_____
Honorable Haywood S. Gilliam, Jr.